**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

PEDRO MANUEL PEREZ HIGUEROA;
et al.,

　　　　　　　Petitioners,

　　v.

ERIC H. HOLDER, Jr., Attorney General,

　　　　　　　Respondent.

No. 08-72624

Agency Nos.　A095-446-753
　　　　　　　　　A095-446-754
　　　　　　　　　A095-446-755

MEMORANDUM*

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted February 9, 2012**
Pasadena, California

Before: D.W. NELSON, O'SCANNLAIN, and N.R. SMITH, Circuit Judges.

　　Pedro Manuel Perez-Higuera, Iliana Rosario Perez, and their son Cristian

Omar Perez-Gaxiola, natives and citizens of Mexico, petition for review of the

Board of Immigration Appeals' order dismissing their appeal from an immigration

---

　　*　This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

　　**　The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

judge's decision denying their applications for cancellation of removal. We have jurisdiction pursuant to 8 U.S.C. § 1252. We review de novo claims of due process violations in removal proceedings, *Cruz Rendon v. Holder*, 603 F.3d 1104, 1109 (9th Cir. 2010), and we deny the petition for review.

Petitioners contend they were deprived of a full and fair hearing because the immigration judge exhibited bias and hostility toward their counsel. Petitioners, however, have failed to establish that the exchanges between the immigration judge and counsel prevented them from reasonably presenting their case or introducing testimony. *See Cinapian v. Holder*, 567 F.3d 1067, 1074 (9th Cir. 2009); *Vargas-Hernandez v. Gonzales*, 497 F.3d 919, 926-27 (9th Cir. 2007). In addition, Petitioners have failed to demonstrate prejudice. *Hassan v. INS*, 927 F.2d 465, 469 (9th Cir. 1991).

**PETITION FOR REVIEW DENIED.**